NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1021
(Serial No. 11/080,915)

IN RE DARLA THORPE

Walter J. Tencza, Jr., Law Office of Walter J. Tencza, Jr., of Edison, New Jersey, argued for appellant.

Benjamin D.M. Wood, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Thomas L. Stoll, Associate Solicitor.

Appealed from: United States Patent and Trademark Office
Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1021
(Serial No. 11/080,915)

IN RE DARLA THORPE

# Judgment

ON APPEAL from the      United States Patent and Trademark Office
Board of Patent Appeals and Interferences

in CASE NO(S). Serial No. 11/080,915

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam (GAJARSA, ARCHER and PROST, <u>Circuit Judges</u>).

         AFFIRMED. <u>See</u> Fed. Cir. R. 36.

         ENTERED BY ORDER OF THE COURT

DATED <u>March 8, 2010</u>          <u>/s/ Jan Horbaly</u>
                     Jan Horbaly, Clerk